

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-77,027

**ROBERT GENE LEOS GARZA, Appellant**

**v.**

**THE STATE OF TEXAS**

**ON DIRECT APPEAL FROM THE DENIAL OF A MOTION TO WITHDRAW THE DEATH WARRANT AND A MOTION TO STAY APPELLANT'S EXECUTION FILED IN CAUSE NO. CR-0945-03-I IN THE 398TH DISTRICT COURT HIDALGO COUNTY**

*Per Curiam*.

### O P I N I O N

We have before us a direct appeal from the denial of a motion to withdraw the death warrant in appellant's case and a motion to stay appellant's execution filed in the 398th District Court of Hidalgo County, Cause No. CR-0945-03-I, styled The State of Texas v. Robert Garza. Appellant's appeal is unauthorized and is, therefore, dismissed. Appellant's motion to stay his execution is denied. No motions for rehearing will be entertained, and the

Clerk of the Court is ordered to issue mandate immediately.

Do not publish
Delivered:     September 18, 2013